AUGUSTUS PARKER-SMITH, Respondent, v. THE PRINCE MANUFACTURING COMPANY, Appellant.— Motion denied, without costs. Present— Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ.

CAROL PRENDERGAST, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Motion granted. Present— Jenks, P. J., Carr, Stapleton and Putnam, JJ.

GRACE S. PRENDERGAST, Respondent, v. FRANK S. PRENDERGAST, Appellant.— Motion denied, with ten dollars costs. Present— Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOL COHEN, Appellant.— Motion denied on condition that defendant perfect his appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted. Present— Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBIN WALA, Appellant.— Motion denied on condition that appellant perfect his appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted. Present— Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

FRANK RAVOLD, Respondent, v. LOUISE J. HAMM, as Administratrix, etc., Appellant.— Motion denied, without costs. Present— Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

THOMAS P. SHEEDY, Respondent, v. WILLIAM GEORGE FOSTER and MARIA FOSTER, Appellants. NEAL D. BECKER, as Executor, etc., Respondent.— Motion granted, without costs. Present— Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

MARY F. SPRINGSTEEN, Respondent, v. WALTER F. SPRINGSTEEN and Others, Appellants.— Motion granted, and resettled order signed. Present — Jenks, P. J., Carr, Stapleton and Putnam, JJ.

JAMES M. VALIANDO, Appellant, v. GEORGE H. OHNEWALD, Respondent.— Motion granted, with ten dollars costs. Present— Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

GEORGIANA M. ALBERT and SUSAN E. GASQUOINE, Appellants, v. CHARLES P. BUCKLEY and WILLIAM W. BUCKLEY, Respondents.— Finding of fact No. 2 in the referee's report, so far as it finds that the services and expenditures therein recited have not been paid for, is hereby reversed, and also conclusion 4 in said report; and the affirmative finding

is made by this court that the agreement between the parties, recited in finding of fact No. 8, was also to the effect that the defendants' share in the ultimate profits should include and be taken by them as full compensation for all their services rendered for the plaintiffs in reference to the said property before, during and after the said partition action. The judgment is hereby modified so as to strike therefrom the recovery by defendants of the sum of $318.10, with interest thereon, and reducing accordingly the judgment in favor of the defendants to the sum of $491.86 costs as taxed; and as so modified the judgment is affirmed, without costs. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THOMAS F. BYRNES, Respondent, v. FRANK J. TYLER and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

THOMAS F. BYRNES, Respondent, v. FRANK J. TYLER and Another, Appellants, Impleaded with Others.— Order denying motion to open default affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.